UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

BRANDON SOTO

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 626   ( )( )

Defendant __Brandon Soto_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer


/s/ Brandon Soto
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Brandon Soto
Print Defendant's Name


Defendant's Counsel's Signature


Andrew Patel
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/20
Date

U.S. District Judge/U.S. Magistrate Judge