UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 20-CR-626-9 (PMH) |
| BRANDON SOTO, | ORDER |
| Defendant. | |

PHILIP M. HALPERN, United States District Judge:

On February 10, 2021, Defendant Brandon Soto ("Defendant") filed a *pro se* motion to dismiss Count Two of his Indictment pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B). (Doc. 120). On February 19, 2021, Defendant filed a request that the Court assign substitute CJA counsel. (Doc. 134). Defendant's current counsel, Mr. Patel, responded to Defendant's request seeking substitute counsel on February 22, 2021. (Doc. 135).

The Court held a substitution of counsel hearing on March 3, 2021. During that conference, Defendant stated on the record that he wished to withdraw his request that the Court appoint substitute counsel. Accordingly, the Court deems the request withdrawn and denies the request. Additionally, the Court denies Defendant's *pro se* motion to dismiss Count Two of his Indictment without prejudice. The Court will not accept *pro se* motions filed by a represented defendant.

The Court directs the Clerk to terminate ECF Nos. 120 and 135.

SO ORDERED.

Dated: March 3, 2021
White Plains, New York

_____
PHILIP M. HALPERN
United States District Judge