UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -v- | : | ORDER |
| BRANDON SOTO, | : | 20-cr-626 (PMH) |
| Defendant. | : | |

-------------------------------------------------------------X

PHILIP M. HALPERN, District Judge:

     Andrew Patel is re-appointed to represent Brandon Soto pursuant to the Criminal Justice Act *nunc pro tunc* to May 18, 2021.

Dated: New York, New York
June 11, 2021

                                                SO ORDERED

                                                _____
                                                Hon. Philip M. Halpern
                                                United States District Judge