UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

BRANDON SOTO,

Defendant.
-----------------------------------------------------------X

ORDER

20-cr-626-PMH

The Court has received a recommendation pursuant 18 U.S.C. § 3005 from DAVID E. PATTON, Executive Director for the Federal Defenders of New York, in consultation with Andrew Patel, Brandon Soto's lead counsel, to appoint Kenneth Montgomery as learned capital counsel for Mr. Soto in this case.

Full consideration having been given to Mr. Patton's recommendation, it is hereby:

ORDERED that Kenneth Montgomery is appointed as learned counsel for Mr. Soto in this case.

Dated: White Plains, New York
       June 28, 2021

_____
Philip M. Halpern
United States District Judge