

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2022

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Brandon Soto, a/k/a "Stacks,"* S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

    We write to inform the Court and defense counsel that the Government will not seek the death penalty against Brandon Soto in connection with the September 21, 2020 murder of Minor Victim-1.

    Respectfully submitted,
    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ David R. Felton
    Shiva H. Logarajah
    David R. Felton
    Courtney Heavey
    Assistant United States Attorneys
    (914) 993-1918 / (212) 637-2299 / 2412

cc: All defense counsel (by ECF)