**U.S. Department of Justice**

> Application granted. The status conference scheduled for February 14, 2022 at 11:00 a.m. is hereby canceled.
>
> Defendant Soto shall adhere to the motion schedule currently set for the other defendants in this matter, in accordance with this Court's January 31, 2022 Order. (Doc. 339).
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence at Doc. 346.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 9, 2022

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Brandon Soto*
           S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

      The Government, with the consent of defense counsel, writes to respectfully request that the February 14 status conference to discuss the death penalty for defendant Brandon Soto be cancelled. Given that the Government has decided not to seek the death penalty, the parties agree that a status conference with the Court is no longer needed.

      In addition, the Government also respectfully requests that the Court impose the same motion schedule currently set for all other parties in this matter for defendant Brandon Soto. Counsel for defendant Brandon Soto does not object.

                                Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                          By: _s/_____
                            Shiva H. Logarajah
                            David R. Felton
                            Courtney L. Heavey
                            Assistant United States Attorneys
                            914-993-1918/1927
                            212-637-2299

CC: All Counsel (by ECF)