UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Brandon Soto,**
           Defendant.

------------------------------------------------------------x

**SCHEDULING ORDER**

7:20-cr-00626-9 (PMH)

The Court has scheduled a Change of Plea Hearing on October 27, 2022 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: September 28, 2022

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J