UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

BRANDON SOTO,
                       Defendant.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:20-cr-626-9-PMH

      Sentencing in this matter currently scheduled for February 22, 2024 at 4:30 p.m. is advanced to 3:00 p.m. in Courtroom 520 at the White Plains Courthouse.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       February 20, 2024

_____
Philip M. Halpern
United States District Judge